**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| MICHAEL CROSSEY, DWAYNE THOMAS, IRVIN WEINREICH, BRENDA WEINREICH, AND THE PENNSYLVANIA ALLIANCE FOR RETIRED AMERICANS, | : | No. 32 MAP 2020 |
| | : | |
| | : | Appeal from the Order of the Commonwealth Court at No. 266 MD 2020 dated May 28, 2020 |
| Appellants | : | |
| | : | |
| v. | : | |
| | : | |
| KATHY BOOCKVAR, SECRETARY OF THE COMMONWEALTH, AND JESSICA MATHIS, DIRECTOR OF THE BUREAU OF ELECTION SERVICES AND NOTARIES, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**

   **AND NOW,** this 4th day of June, 2020, the appeal is dismissed as **MOOT**.